UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 4:03CR 40039-N |
| v. | ) | VIOLATION: |
| | ) | 18 U.S.C. § 922(g)(1)- |
| DENNIS RUSH, | ) | Felon in Possession of a |
| | ) | Firearm and Ammunition |
| Defendant | ) | |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm and Ammunition)

The Grand Jury charges that:

On or about November 29, 2003, at Milford, in the District of Massachusetts,

**DENNIS RUSH,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Raven Arms .25 caliber pistol and .25 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>**A TRUE BILL**</u>

_Thomas E. Joyce_
Foreperson of the Grand Jury

_Paul G. Casey_
Paul G. Casey
Assistant United States Attorney

1G

DISTRICT OF MASSACHUSETTS:          December 17, 2003

Returned into the District Court by the Grand Jurors and filed.

_[signature]_
Deputy Clerk   10:46A