|             | IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|---|

IN THE CASE OF

FOR _____

AT _____

_____ V.S. _____

LOCATION NUMBER ▶

PERSON REPRESENTED (Show your full name)
▶ **Dennis Rush**

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS
Magistrate _____
District Court ▶
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony  ☐ Misdemeanor
**felon in poss.**

---

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
RECEIVED                           SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ __None__ __None__

**CASH** Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
VALUE                         DESCRIPTION
IF YES, GIVE THE VALUE AND $ __None__
DESCRIBE IT

---

**DEPENDENTS**

MARITAL STATUS
⊙ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: **600/mo rent**

Creditors / Total Debt / Monthly Paymt.
$ _____ / $ **600**

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ *Dennis Rush*
(OR PERSON REPRESENTED)