F1D 819187

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE
2004 MAR -5  A 10: 02
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

V.

DENNIS RUSH

## WARRANT FOR ARREST

CASE NUMBER: 4:03CR 40039-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **Dennis Rush**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)
FELON IN POSSESSION OF A FIREARM (18 U.S.C. Section 922(g)(1))

RECEIVED U.S. MARSHAL SVC
DEC 18  9 33 AM '03

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

Deborah F. Shattuck
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Deborah F. Shattuck
Signature of Issuing Officer

12-17-2003   Worcester, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __USMS__
__Worcester, MA.__

| DATE RECEIVED 12/18/03 | NAME AND TITLE OF ARRESTING OFFICER  I. Bezanson, SDUSM  FOR BATF | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/4/04 | | |

This form was electronically produced by Elite Federal Forms, Inc.