UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
          v.                   )     CRIMINAL ACTION
                               )     NO. 03-40039-NMG
DENNIS V. RUSH,                )
          Defendant,           )
_____)
```

### ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION
### March 5, 2004

**SWARTWOOD, M.J.**

I.   Nature Of The Offense And The Government's Motion

On December 17, 2003, an Indictment was returned charging Dennis Rush ("Mr. Rush"), with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

At Mr. Rush's initial appearance and arraignment held on March 4, 2004, the Government moved for a detention hearing in accordance with 18 U.S.C. §§ 3142((f)(1)(A)(crime of violence), (f)(1)(B)(the maximum penalty is life in prison), (f)(1)(D)(Mr. Rush is charged with a felony and has been convicted of two or more offenses described in paragraphs (A) through (C) of Section

3142(f)(1)(A), or two or more state of local offenses that would have been offenses described in paragraphs (A) through (C) of such section if federal jurisdiction had existed) and (f)(2)(A)(risk of flight).

Following the Government's motion for detention, Mr. Rush waived his right to a detention hearing, assented to an Order of Detention, but reserved his right to a detention hearing in the future.

## II.  Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1. That Mr. Rush be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. That Mr. Rush be afforded a reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Rush is detained and confined shall deliver Mr. Rush to an authorized Deputy United States

Marshal for the purpose of any appearance in connection with a court proceeding.

RIGHT OF APPEAL

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE