UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
        v.                          )   **CRIMINAL ACTION**
                                    )   **NO. 03-40039-NMG**
DENNIS RUSH,                        )
        Defendant,                  )
_____)


INITIAL STATUS REPORT
April 16, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Gorton, J. to whom this case is assigned:

1. Discovery

The Government has just recently completed its obligation for automatic discovery and Mr. Rush's counsel has requested additional time to review that discovery. I have granted that request.

2. Plea Negotiations

Although this is a relatively recent case, counsel for the parties have requested additional time to commence and complete plea negotiations. I have granted that request.

3. Further Status Conference

A further status conference shall be held in this case on May 27, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street,

Worcester, Massachusetts 01608.

    4.   <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the period from March 18, 2004 (date of expiration of prior order of excludable time) through May 27, 2004 (date by which discovery should be completed and plea negotiations initiated). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, August 5, 2004</u>.

                            <u>/s/Charles B. Swartwood, III</u>
                            CHARLES B. SWARTWOOD, III
                            MAGISTRATE JUDGE