# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA    )
                                     )
       v.                )    **CRIMINAL ACTION**
                                     )    **NO. 03-40039-NMG**
DENNIS RUSH,              )
      Defendants,     )
_____ )

## ORDER OF EXCLUDABLE TIME
### April 16, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 18, 2004 (date of expiration of prior order of excludable time) through May 27, 2004 (date by which discovery should be completed and plea negotiations initiated) shall be excluded from the Speedy Trial Act.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE