UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )   CRIMINAL ACTION
                               )   NO. 03-40039-NMG
DENNIS RUSH,                   )
         Defendant,            )
_____)
```

**STATUS REPORT**
**May 28, 2004**

**SWARTWOOD, M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. Discovery

Completed.

2. Plea Negotiations

Counsel for the parties have requested additional time to complete plea negotiations. I have granted that request.

3. Further Status Conference

A further status conference shall be held in this case on July 12, 2004, at 12:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

4.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 27, 2004 (date of expiration of prior order of excludable time) through July 12, 2004 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, September 20, 2004</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE