# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>DENNIS RUSH, )<br>   Defendants, ) | **CRIMINAL ACTION**<br>**NO. 03-40039-NMG** |

### ORDER OF EXCLUDABLE TIME
### May 28, 2004

**SWARTWOOD, M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 27, 2004 (date of expiration of prior order of excludable time) through July 12, 2004 (date by which plea negotiations should be completed) shall be excluded from the Speedy Trial Act.

                                                   /s/Charles B. Swartwood, III
                                                   CHARLES B. SWARTWOOD, III
                                                   MAGISTRATE JUDGE