UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 03-40039-FDS
DENNIS RUSH,                   )
         Defendant,            )
_____)
```

FINAL STATUS REPORT
July 14, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. Rule 11 Hearing

Counsel for the parties report that although they have been unable to reach a plea agreement, they request that this case be returned to Judge Saylor for a Rule 11 hearing.  I have granted that request.

2. Excludable Time

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through July 12, 2004.  Therefore, assuming no further order of excludable time under the plan for prompt disposition of

criminal cases, this case must be tried on or before Monday, September 20, 2004.

                                      /s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE