**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA,**          Criminal Case

                                       NO. 03-40039-FDS

    V.

**Dennis Rush,**
         Defendant

## NOTICE

 SAYLOR,   D.J.

   PLEASE TAKE NOTICE that the above DEFENDANT has been SET for      RULE 11  HEARING

on  TUESDAY   AUGUST 24, 2004      at  11:00AM

before  Judge    SAYLOR    in U.S. District Court,

WORCESTER,  MA.

  7/26/04                                 /S/ MARTIN CASTLES
    Date                                  Deputy Clerk
                                          508-929-9904

Notice mailed to:
Counsel of record
Probation
Pretrial
U.S. Marshals