UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 03-40039-FDS |
| v. | ) |
| | ) |
| | ) |
| | ) |
| DENNIS RUSH | ) |

MOTION TO CONTINUE RULE 11 HEARING
AND FOR AN ORDER TO EXCLUDE TIME

The defendant hereby moves to continue the Rule 11 hearing, which is now scheduled for TUESDAY AUGUST 24, 2004, at 11:00 a.m. until sometime thereafter that is convenient for the court, and pursuant to 18 U.S.C. §3161 (h)(8)(A) and Section 5(c)(1)(A) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, to exclude the time within which the trial must commence under 18 U.S.C. §3161(c)(1).

As grounds therefore, the undersigned states that counsel has a jury trial in the East Brookfield District Court that is approximately a year old, and must begin on August 24. In addition, counsel purchased a new home on August 12, 2004 and has not had sufficient time to meet with the defendant to prepare for the Rule 11 hearing.

WHEREFORE, counsel respectfully requests that the Rule 11 hearing be continued and rescheduled to sometime thereafter at the convenience of the court, and under 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion of time outweigh the best interest of the public and the defendant in a speedy trial, and,

request that the Court enter an Order of Excludable Delay.

                    Dennis Rush
                    By his attorney


                    /s/ Peter L. Ettenberg
                    Peter L. Ettenberg, Esquire
                    370 Main Street
                    Worcester, MA  01608
                    508-752-6733
                    BBO # 156520


Dated: August 23, 2004


## CERTIFICATE OF SERVICE

    I, Peter L. Ettenberg, hereby certify that I have served the within Motion by electronic filing and fax, a copy thereof to all counsel of record.


Dated: August 23, 2004          /s/ Peter L. Ettenberg
                                            Peter L. Ettenberg